UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO.: 1:16-mj-29 |
| | ) | |
| JONATHAN MORRIS HURWITZ | ) | |

## UNSEALING ORDER

Before the Court is the Government's Motion to Unseal the above-captioned case. Upon consideration, and good cause having been shown, the Court **GRANTS** the Government's motion and **UNSEALS** case number 1:16-mj-29, <u>United States of America v. Jonathan Morris Hurwitz</u>.

SO ORDERED this 19th day of September, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA